LINK: 6
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-01519 GAF (OPx) | Date | November 1, 2011 |
|---|---|---|---|
| Title | Riverhwak Property Management LLC v. Fazilatun Hossain et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     **(In Chambers)**

**ORDER REMANDING CASE**

    On June 14, 2011, Plaintiff Riverhwak Property Management, LLC filed an unlawful detainer Complaint in San Bernardino Superior Court against Defendant Fazilatun Hossain. (Docket No. 1 [Not.], Ex. A [Compl.].)  On September 22, 2011, Defendant removed the action to this Court, alleging federal question jurisdiction pursuant to 28 U.S.C. § 1331.  (Not. ¶ 6.)  On October 5, 2011, this Court issued an Order to Show Cause ordering Hossain to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction or for untimely removal.  (Docket No. 6, Order to Show Cause Re: Subject Matter Jurisdiction.)  The Court's order directed Hossain to file his response by no later than October 26, 2011, and advised that a failure to file a timely response would be deemed consent to an order remanding the case to state court.  (Id. at 3.)

    To date, Hossain has not filed a response to the Court's Order to Show Cause.  The Court therefore **REMANDS** this case to state court for lack of subject matter jurisdiction.

    **IT IS SO ORDERED.**